U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225



In Re:   ARRIVA PHARMACEUTICALS, INC.

BAP No.: NC-08-1023  (NOA filed 1/23/08 by AlphaMed)

Bankruptcy No(s).: 07-42767 J11

Adversary No(s).:  07-4181

NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the
disposition of this matter by the Bankruptcy Appellate Panel.
See 28 USC Section 158.  Consequently, this appeal is herewith
transferred to _____SAN FRANCISCO DISTRICT COURT_____.

Please acknowledge receipt of the case file listed above
by signing and returning a copy of this transmittal form.


Harold S. Marenus, BAP Clerk

By: Edwina Clay
    Deputy Clerk

Date: January 29, 2008


                          Please acknowledge receipt of
                          the case file listed above.

                          Dated:_____

                          Signed:_____
                                  District Court Deputy

                          Assigned District Court No.

                          _____

cc: Bankruptcy Court
    All Parties

FILED

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**
1300 Clay St. #300,
Oakland, CA 94612

**TRANSMITTAL FORM**

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA 91105

BAP#: NC-08-1023

CASE NAME: Arriva Pharmaceuticals, Inc.

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

BANKRUPTCY NO.: 07-42767 J11

JAN 2 8 2008   **MHP**

ADVERSARY PROCEEDING NO.  07-4181 AJ

FILED_____

BANKRUPTCY JUDGE: Jellen

DOCKETED___1-29-08___
DATE            INITIAL

DATE NOTICE OF APPEAL FILED: 01/23/2008

DATE OF ENTRY OF ISSUE: 01/14/2008

DATE BANKRUPTCY FILED: 08/29/2007

NOTICE OF OBJECTION FILED: 01/24/2008

DATE OF TRANSMITTAL:01/24/2008

PLEASE STAMP YOUR CASE NUMBER on a copy of this transmittal form and return the copy
to the bankruptcy court.

 /s/ Patricia Lenhart
Deputy Clerk

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**In re:**                                    **Case No.: 07-42767 J11**
                                              **Adversary Proceeding No.  07-4181 AJ**

**Arriva Pharmaceuticals, Inc.**

_____**Debtor(s).**_____/

**NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL**

TO ALL PARTIES:

**MHP**

YOU AND EACH OF YOU are hereby notified that the enclosed notice of appeal has been filed by

AlphaMed Pharmaceuticals Corp with the Clerk of the Bankruptcy Court. By virtue of the orders

of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal

has been referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).


Dated:  January 24, 2008

                                        GLORIA L. FRANKLIN, Clerk
                                        United States Bankruptcy Court


                                        By: /s/ Patricia Lenhart____
                                              Deputy Clerk

Certificate of Mailing

I, the undersigned, a regularly appointed and qualified clerk in the office of the United States Bankruptcy Court for the Northern District of California, at Oakland, hereby certify:

That I, in the in the performance of my duties as such clerk, served a copy of the foregoing document by depositing it in the regular United States mail at Oakland, California, on the date below, in a sealed envelope, addressed as listed below.

Date:    January 24, 2008

_/s/ Patricia Lenhart____
Deputy Clerk

United States Trustee
1301 Clay St. #690N
Oakland, CA 94612

Bankruptcy Appellent Panel
125 S Grand Ave.
Pasadena, CA 91105

AlphaMed Pharmaceuticals Corp.
One Martime Plaza, Suite 300
San Francisco, CA 94111

Arriva Pharmaceuticals, Inc.
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111



1  Squire, Sanders & Dempsey L.L.P.
2  Douglas J. Rovens (State Bar # 106562)
   drovens@ssd.com
3  James E. McDonald (admitted *Pro Hac Vice*)
4  jmcdonald@ssd.com
   Daniel T. Balmat (State Bar # 230504)
5  dbalmat@ssd.com
6  One Maritime Plaza, Suite 300
   San Francisco, CA 94111
7  Telephone:+1.415.954.0383
8  Facsimile: +1.415.393.9887

9  Attorneys for Plaintiff
10 AlphaMed Pharmaceuticals Corp.

RECEIVED
Harold S. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JAN 2 8 2008

FILED_____

DOCKETED_____
DATE          INITIAL

11          UNITED STATES BANKRUPTCY COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13                OAKLAND DIVISION

14                              BAP#: NC-08-1023

15 In re                       Case No. 07-42767      **MHP**

16 ARRIVA PHARMACEUTICALS,      Chapter 11
   INC., a California corporation,
17
                Debtor.
18
   Tax ID: 94-3287067           C 08        0825
19

20 AlphaMed Pharmaceuticals Corp.    Adversary Proceeding No. 07-04181 AJ

21      Plaintiff                     **NOTICE OF APPEAL**

22      vs.

23 Arriva Pharmaceuticals, Inc.

24      Defendant.

25

26      AlphaMed Pharmaceuticals Corp. ("AlphaMed"), the plaintiff, appeals to the

27 bankruptcy appellate panel under 28 U.S.C. § 158 from the order of the bankruptcy

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

Bankruptcy Case No. 07-42767; Adversary          - 1 -                    NOTICE OF APPEAL
Proceeding No. 07-4181 AJ

1  judge (Honorable Edward D. Jellen) granting Arriva Pharmaceuticals, Inc.'s (the

2  "Debtor") Motion to Dismiss AlphaMed's Complaint, and dismissing AlphaMed's

3  Complaint with prejudice, entered in this adversary proceeding on the 14th day of

4  January, 2008.

5       The names of all parties to the order appealed from and the names, addresses,

6  and telephone numbers of their respective attorneys are as follows:

7

**AlphaMed Pharmaceuticals Corp.**            **Arriva Pharmaceuticals, Inc. (Debtor)**
8  **Represented by:**                            **Represented by:**
9  Squire, Sanders & Dempsey L.L.P.              Sheppard, Mullin, Richter & Hampton
   Douglas J. Rovens (State Bar #106562)         LLP
10 drovens@ssd.com                               Michael H. Ahrens
   James E. McDonald (admitted *Pro Hac*         mahrens@sheppardmullin.com
11 *Vice*)                                       4 Embarcadero Center, 17th Floor
12 jmcdonald@ssd.com                             San Francisco, CA 94111
   Daniel T. Balmat (State Bar #230504)          Telephone:  (415) 434-9100
13 dbalmat@ssd.com                               Facsimile:  (415) 434-3947
14 One Martime Plaza, Suite 300
   San Francisco, CA 94111
15 Telephone: (415) 954-0383
16 Facsimile:  (415) 393-9887

17

18                         Respectfully submitted,

19
   DATED:  January 23, 2008        SQUIRE, SANDERS & DEMPSEY L.L.P.
20

21

22

23                         By: _____ */s/  Daniel T. Balmat*_____
                                           Daniel T. Balmat
24

25                         Attorneys for Plaintiff
                           AlphaMed Pharmaceuticals Corp.
26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Martime Plaza, Ste. 300
San Francisco, CA 94111

Bankruptcy Case No. 07-42767; Adversary
Proceeding No. 07-4181 AJ                - 2 -                NOTICE OF APPEAL

Case: 07-04181    Doc #: 26    Filed: 01/23/2008    Page 2 of 2



**Entered on Docket
January 14, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
2 | A Limited Liability Partnership
Including Professional Corporations
3 | MICHAEL H. AHRENS,
Cal. Bar No. 44766
4 | ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER,
5 | Cal Bar No. 246048
TIMOTHY C. PERRY,
6 | Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
7 | San Francisco, California 94111-4109
Telephone:    415-434-9100
8 | Facsimile:    415-434-3947

9 | Attorneys for Defendant ARRIVA
PHARMACEUTICALS, INC.
10

**Signed: January 11, 2008**

**EDWARD D. JELLEN
U.S. Bankruptcy Judge**

11

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

12

13

14 | In re

Case No. 07-42767

15 | ARRIVA PHARMACEUTICALS, INC., a
California corporation,

Chapter 11

16 | Debtor.

17 | Tax ID: 94-3287067

18 | ALPHAMED PHARMACEUTICALS
CORP.

Adv. Pro. No. 07-4181

19

20 | Plaintiff

**ORDER GRANTING MOTION TO
DISMISS ALPHAMED'S COMPLAINT
WITHOUT LEAVE TO AMEND**

21 | vs.

22 | ARRIVA PHARMACEUTICALS, INC., a
California corporation

23

Defendant.

24

| | |
|---|---|
| Date: | December 13, 2007 |
| Time: | 2:00 p.m. |
| Place: | United States Bankruptcy Court |
| | 1300 Clay Street, Oakland, CA |
| Judge: | Hon. Edward D. Jellen |
| Ctrm: | 215 |

25

26

27

28

-1-

W02-WEST:5TIP1\400608274.1                                                                ORDER

1      On October 30, 2007, AlphaMed Pharmaceuticals Corp. ("AlphaMed") initiated the

2  above-captioned adversary case against Arriva Pharmaceuticals, Inc. (the "Debtor").  In

3  response, the Debtor filed its Motion to Dismiss AlphaMed's Complaint (the "Motion").

4      On December 13, 2007, the Court heard argument on the Motion.  The appearances

5  were as indicated in the record.  For all the reasons stated on the record, which reasons

6  constitute the findings of this Court by Bankruptcy Rule 7052,

7           **IT IS HEREBY ORDERED THAT**

8        1.    The Motion is granted.

9

10       2.    AlphaMed's complaint is dismissed with prejudice.

11                  ** END OF ORDER **

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

1    COURT SERVICE LIST

2

3    1, **Counsel for the Official Creditors' Committee**
     Michael D. Cooper
4    Wendel Rosen Black & Dean, LLP
     1111 Broadway, 24th Floor
5    Oakland, CA 94607
     (510) 834-6600
6
     2. **Office of the U.S. Trustee /Oakland**
7    Office of the U.S. Trustee
     Attention: Laurent Chen
8    1301 Clay St. #690N
     Oakland, CA 94612
9    (510) 637-3200

10   3. **Attorneys for AlphaMed Pharmaceuticals Corp.**
     Penn Ayers Butler
11   Squire, Sanders and Dempsey
     600 Hansen Way
12   Palo Alto, CA 94304-1043
     (650) 843-3242
13
     4. **Stuart M. Brown**
14   Edwards, Angell, Palmer & Dodge LLP
     919 N Market St., 5th Fl.
15   Wilmington, DE 19801
     (302) 428-5500
16
     5. **M. David Minnick**
17   Pillsbury Winthrop Shaw Pittman LLP
     50 Fremont Street
18   San Francisco, CA 94105-2228
     (415) 983-1351
19
     6. **Nicolas De Lancie**
20   Jeffer, Mangels, Butler & Marmaro LLP
     Two Embarcadero Center, 5th Floor
21   San Francisco, CA 94111
     (415) 984-9675
22
     7. **American Express Bank FSB**
23   c/o Becket and Lee LLP
     P.O. Box 3001
24   Malvern, PA 19355-0701

25   8. **Baxter Healthcare Corporation**
     c/o David M. Wiseblood
26   Seyfarth Shaw LLP
     560 Mission Street, Suite 3100
27   San Francisco, CA 94105

28

-3-

1   9. **Allan Wachter**
     c/o Chris D. Kuhner
2   Kornfield, Paul & Nyberg, P.C.
     1999 Harrison Street, Suite 2675
3   Oakland, CA 94612

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

## U.S. Bankruptcy Court
## Northern District of California (Oakland)
## Adversary Proceeding #: 07-04181

*Assigned to:* Judge Edward D. Jellen
*Related BK Case:* 07-42767
*Related BK Title:* Arriva Pharmaceuticals, Inc.
*Related BK Chapter:* 11
*Demand:*
*Nature[s] of Suit:* 91 Declaratory judgment
               21 Validity, priority or extent of lien or other interest in property

*Date Filed:* 10/30/07
*Date Dismissed:* 01/11/08

### Plaintiff
---

**AlphaMed Pharmaceuticals Corp.**
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA 94304
650-856-6500

represented by **Daniel Balmat**
Squire, Sanders and Dempsey
1 Maritime Plaza, #300
San Francisco, CA 94111
(415) 954-0383
Email: dbalmat@ssd.com

**Penn Ayers Butler**
Squire, Sanders & Dempsey L.L.P.
600 Hansen Way
Palo Alto, CA 94304
650.856.6500
Fax : 650.843.8777
Email: pabutler@ssd.com
*LEAD ATTORNEY*

V.

### Defendant
---

**Arriva Pharmaceuticals, Inc.**
1010 Atlantic Avenue
Alameda, CA 94501
510-337-2845
Tax id: 94-3287067

represented by **Michael H. Ahrens**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415) 434-9100
Email: mahrens@sheppardmullin.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/30/2007 | ❶1 | Adversary case 07-04181. 91 (Declaratory judgment), 21 (Validity, priority or extent of lien or other interest in property) Complaint by AlphaMed Pharmaceuticals Corp. against Arriva Pharmaceuticals, Inc.. Fee Amount $250. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 AP Cover Sheet # 8 Summons to be Issued) (Butler, Penn) Modified on 11/1/2007 INCORRECT SUMMONS ATTACHED FOR ISSUANCE (pl, ). (Entered: 10/30/2007) |
| 10/30/2007 | | Receipt of filing fee for Complaint(07-04181) [cmp,cmp] ( 250.00). Receipt number 4776821, amount $ 250.00 (U.S. Treasury) (Entered: 10/30/2007) |
| 11/01/2007 | ❶ | **ERROR** INCORRECT SUMMONS ATTACHED FOR ISSUANCE -CORRECTION REQUIRED (RE: related document(s)1 Complaint filed by Plaintiff AlphaMed Pharmaceuticals Corp.). (pl, ) (Entered: 11/01/2007) |
| 11/02/2007 | ❶2 | Summons to be Issued on AlphaMed Pharmaceuticals Corp. *Summons and Notice of Status Conference in an Adversary Proceeding* (RE: related document(s)1 Complaint,, filed by Plaintiff AlphaMed Pharmaceuticals Corp.). (Butler, Penn) Modified on 11/5/2007 FORM IS FORMATED INCORRECTLY (pl, ). (Entered: 11/02/2007) |
| 11/05/2007 | ❶ | **ERROR** FORM IS FORMATED INCORRECTLY AND THE COURT CAN'T PROCESS - CORRECTION REQUIRED (RE: related document(s)2 Summons to be Issued). (pl, ) (Entered: 11/05/2007) |

| 11/06/2007 | ❍3 | Order Regarding Initial Disclosures and Discovery Conference . (Attachments: # 1 BDRP Information Sheet# 2 Notice to Plaintiff) (pl, ) (Entered: 11/06/2007) |
|---|---|---|
| 11/06/2007 | ❍4 | Summons Issued on Arriva Pharmaceuticals, Inc. Answer Due 12/6/2007. Status Conference to be held on 1/7/2008 at 10:00 AM at Oakland Room 215 - Jellen. (pl, ) Modified on 11/7/2007 HEARING DATE WAS CORRECTED BY THE COURT (pl, ). (Entered: 11/06/2007) |
| 11/07/2007 | ❍ | **CORRECTIVE ENTRY** The Hearing Date was Corrected by the Court to Match the PDF (RE: related document(s)4 Summons Issued). (pl, ) (Entered: 11/07/2007) |
| 11/07/2007 | ❍5 | Summons Service Executed on AlphaMed Pharmaceuticals Corp. 11/7/2007 *Order Re Initial Disclosures and Discovery Conference; Summons and Notice of Status Conference in an Adversary Proceeding; Bankruptcy Dispute Resolution Program Information; Notice; Adversary Complaint Cover Sheet; Complaint for Declaratory Relief to Determine that a Purported License Agreement with Protease Sciences, Inc. Described in Debtor's Schedule B Is Not Property of the Estate; and Proof of Service.* (Butler, Penn) (Entered: 11/07/2007) |
| 11/07/2007 | ❍6 | Notice Regarding *Notice of Motion to Dismiss Alphamed's Complaint* (RE: related document(s)7 Motion to Dismiss Case).). Filed by Defendant Arriva Pharmaceuticals, Inc. (Ahrens, Michael) Modified on 11/8/2007 DOCUMENT WAS NOT LINKED PROPERLY - COURT CORRECTED; INCORRECT EVENT SELECTED (pl, ). Modified on 11/8/2007 (pl, ). (Entered: 11/07/2007) |
| 11/07/2007 | ❍7 | Motion to Dismiss Case *Motion to Dismiss AlphaMed's Complaint; Memorandum of Points and Authorities in Support Thereof* Filed by Defendant Arriva Pharmaceuticals, Inc. (Ahrens, Michael) (Entered: 11/07/2007) |
| 11/07/2007 | ❍8 | Request to Take Judicial Notice *Request for Judicial Notice in Support of Motion to Dismiss AlphaMed's Complaint* (RE: related document(s)7 Motion to Dismiss Case). Filed by Defendant Arriva Pharmaceuticals, Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D) (Ahrens, Michael) (Entered: 11/07/2007) |
| 11/07/2007 | ❍9 | Certificate of Service *re related documents 6-8* (RE: related document(s)7 Motion to Dismiss Case). Filed by Defendant Arriva Pharmaceuticals, Inc. (Ahrens, Michael) (Entered: 11/07/2007) |
| 11/08/2007 | ❍ | **ERROR** INCORRECT EVENT SELECTED. THE DOCUMENT CONTAINS A HEARING DATE, AND SHOULD BE DOCKETED AS A NOTICE OF HEARING. TO SET AN ITEM ON THE CALENDAR, A NOTICE OF HEARING MUST BE FILED AND LINKED TO THE DOCUMENT BEING HEARD. (RE: related document(s)6 Notice filed by Defendant Arriva Pharmaceuticals, Inc.). (pl, ) (Entered: 11/08/2007) |
| 11/09/2007 | ❍10 | Notice of Hearing *Continued on Motion to Dismiss Alphamed's Complaint (Docket #7)* (RE: related document(s)7 Motion to Dismiss Case filed by Defendant Arriva Pharmaceuticals, Inc.). Hearing scheduled for 12/13/2007 at 02:00 PM at Oakland Room 215 - Jellen. Filed by Defendant Arriva Pharmaceuticals, Inc.. (Attachments: # 1 Certificate of Service) (Ahrens, Michael) Modified on 11/13/2007 INCORRECT EVENT SELECTED. (pl, ). (Entered: 11/09/2007) |
| 11/13/2007 | ❍ | **ERROR** INCORRECT EVENT SELECTED. IN THE FUTURE, USE CORRECT EVENT: NOTICE > NOTICE OF CONTINUED HEARING (RE: related document(s)10 Notice of Hearing, ). (pl, ) (Entered: 11/13/2007) |
| 11/20/2007 | ❍11 | Notice of Continued Hearing *as to the Status Conference* (RE: related document(s)4 Summons Issued). Status Conference to be held on 1/14/2008 at 11:00 AM Oakland Room 215 - Jellen for 4, Filed by Plaintiff AlphaMed Pharmaceuticals Corp.. (Attachments: # 1 Certificate of Service) (Butler, Penn) (Entered: 11/20/2007) |
| 11/26/2007 | ❍12 | Supplemental Certificate of Service *re Docket Numbers 6-10* (RE: related document(s)7 Motion to Dismiss Case, 6 Notice, 10 Notice of Hearing, 8 Request for Notice).. Filed by Defendant Arriva Pharmaceuticals, Inc. (Ahrens, Michael) Modified on 11/27/2007 DOCKET RELATIONSHIP WAS ADDED BY THE COURT (pl, ). (Entered: 11/26/2007) |
| 11/27/2007 | ❍ | **CORRECTIVE ENTRY** Docket Relationship Was Corrected by the Court. In the Future, the Attorney Should Link the Certificate of Service to All Documents Served (RE: related document(s)12 Certificate of Service, ). (pl, ) (Entered: 11/27/2007) |
| 11/29/2007 | ❍13 | Brief/Memorandum in Opposition to *Memorandum in Opposition to Motion to Dismiss Complaint; Request for Judicial Notice; and Declaration of Douglas J. Rovens Filed Concurrently Herewith* (RE: related document(s)7 Motion to Dismiss Case). Filed by Plaintiff AlphaMed Pharmaceuticals Corp. (Attachments: # 1 Certificate of Service) (Butler, Penn) (Entered: 11/29/2007) |
| 11/29/2007 | ❍14 | Request To Take Judicial Notice *AlphaMed Pharmaceuticals Corp.'s Request for Judicial Notice* (RE: related document(s)13 Opposition Brief/Memorandum, ). Filed by Plaintiff AlphaMed Pharmaceuticals Corp. (Attachments: # 1 Exhibit A# (2) Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Declaration H# 9 Exhibit I# 10 Exhibit J) (Butler, Penn) (Entered: 11/29/2007) |

| | | |
|---|---|---|
| 11/29/2007 | 🖲15 | Declaration of Douglas J. Rovens in Support of *AlphaMed Pharmaceuticals Corp. Memorandum in Opposition to Motion to Dismiss Complaint* (RE: related document(s)14 Request To Take Judicial Notice,, 13 Opposition Brief/Memorandum, ). Filed by Plaintiff AlphaMed Pharmaceuticals Corp. (Attachments: # 1 Exhibit A-1# 2 Exhibit A-2# 3 Exhibit A-3) (Butler, Penn) (Entered: 11/29/2007) |
| 12/06/2007 | 🖲16 | Reply to *AlphaMed's Opposition to Motion to Dismiss AlphaMed's Complaint* (RE: related document(s)13 Opposition Brief/Memorandum, ). Filed by Defendant Arriva Pharmaceuticals, Inc. (Ahrens, Michael) (Entered: 12/06/2007) |
| 12/06/2007 | 🖲17 | Request To Take Judicial Notice *in Support of Reply to AlphaMed's Opposition to Motion to Dismiss AlphaMed's Complaint* (RE: related document(s)16 Reply). Filed by Defendant Arriva Pharmaceuticals, Inc. (Attachments: # 1 Exhibit 1-10) (Ahrens, Michael) (Entered: 12/06/2007) |
| 12/06/2007 | 🖲18 | Certificate of Service (RE: related document(s)16 Reply, 17 Request To Take Judicial Notice, ). Filed by Defendant Arriva Pharmaceuticals, Inc. (Ahrens, Michael) (Entered: 12/06/2007) |
| 12/11/2007 | 🖲19 | Motion *For Leave to File Instanter Surreply Brief In Opposition to Motion to Dismiss Complaint* Filed by Plaintiff AlphaMed Pharmaceuticals Corp.. (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Butler, Penn) (Entered: 12/11/2007) |
| 12/13/2007 | 🖲20 | Hearing Held on 12/13/2007 at 2:00pm MINUTES: [APPEARANCES: MICHAEL AHRENS, MICHAEL LAUTER, TIMOTHY PERRY-FOR DEBTOR; DOUGLAS ROVENS AND PENN AYERS BUTLER-FOR ALPHAMED PHARMACEUTICALS; MICHAEL COOPER AND TRACY GREEN-FOR OFFICIAL CREDITORS COMMITTEE, ERICA LAZAR (TELEPHONIC)-FOR MPM ENTITIES] MOTION TO DISMISS IS GRANTED AS REQUESTED. MR. AHRENS WILL SUBMIT THE ORDER. MOTION FOR LEAVE TO FILE INSTANTER SURREPLY BRIEF IN OPPOSITION TO MOTION TO DISMISS IS GRANTED. (RE: related document(s)19 Motion *For Leave to File Instanter Surreply Brief In Opposition to Motion to Dismiss Complaint* Filed by Plaintiff AlphaMed Pharmaceuticals Corp.. (Attachments: # (1) Exhibit A# (2) Certificate of Service) (Butler, Penn), 7 Motion to Dismiss Case *Motion to Dismiss AlphaMed's Complaint; Memorandum of Points and Authorities in Support Thereof* Filed by Defendant Arriva Pharmaceuticals, Inc. (Ahrens, Michael)). (rba, ) (Entered: 12/13/2007) |
| 12/18/2007 | 🖲21 | Certificate of Service *of Order Granting Motion to Dismiss AlphaMed's Complaint Without Leave to Amend* (RE: related document(s)7 Motion to Dismiss Case). (Ahrens, Michael) (Entered: 12/18/2007) |
| 12/29/2007 | 🖲22 | Transcript, Date of Hearing: 12-13-07*Judge's Rulings Only: a) Motion of John Lezdey for Authority to File Late Proof of Claim; 2) Debtor's Omnibus Objection to Claims; 3) Debtor's Motion for Order Requiring Compliance with Federal Rule of Bankruptcy Procedure 2019; 4) Motion for Relief from Stay filed by Alphamed Pharmaceuticals; 5) Defendant's Motion to Dismiss Complaint filed by Alphamed*. (McCall, Jo) (Entered: 12/29/2007) |
| 01/11/2008 | 🖲23 | Order Granting Motion to Dismiss Alphamed's Complaint*Without Leave to Amend* (Related Doc # 7) (pl, ) (Entered: 01/14/2008) |
| 01/16/2008 | 🖲24 | BNC Certificate of Mailing (RE: related document(s)23 Order on Motion to Dismiss Case). Service Date 01/16/2008. (Admin.) (Entered: 01/16/2008) |
| 01/23/2008 | 🖲25 | Transcript, Date of Hearing: 12-13-07*1) Motion of John Lezdey for authority to File Late Proof of Claim; 2) Debtor's Omnibus Objection to Claims; 3) Debtor's Motion for Order Requiring Complaince with Federal Rule of Bankruptcy Procedure 2019; 4) Motion for Relief from Stay filed by Alphamed Pharmaceuticals; 5) Defendant's Motion to Dismiss Complaint Filed by Alphamed*. (McCall, Jo) (Entered: 01/23/2008) |
| 01/23/2008 | 🖲26 | Notice of Appeal to BAP , Fee Amount $ 255. (RE: related document(s)23 Order on Motion to Dismiss Case). Appellant Designation due by 2/4/2008. Transmission to BAP due by 1/28/2008. Filed by Plaintiff AlphaMed Pharmaceuticals Corp. (Balmat, Daniel) (Entered: 01/23/2008) |
| 01/24/2008 | | Receipt of filing fee for Notice of Appeal(07-04181) [appeal,ntcapl] ( 255.00). Receipt number 5046837, amount $ 255.00 (U.S. Treasury) (Entered: 01/24/2008) |
| 01/24/2008 | 🖲27 | Statement of Election to Transfer Appeal of AlphaMed Pharmaceuticals Corp. to the United States District Court for the Northern District of California (RE: related document(s)26 Notice of Appeal, ). Filed by Defendant Arriva Pharmaceuticals, Inc. (Attachments: # 1 Exhibit A) (Ahrens, Michael) (Entered: 01/24/2008) |
| 01/24/2008 | 🖲28 | Notice of Referral of Appeal to Bankruptcy Appellant Panel (RE: related document(s)26 Notice of Appeal filed by Plaintiff AlphaMed Pharmaceuticals Corp.). (pl, ) (Entered: 01/24/2008) |
| 01/24/2008 | 🖲29 | Transmission of Notice of Appeal to BAP (RE: related document(s)26 Notice of Appeal filed by Plaintiff AlphaMed Pharmaceuticals Corp.). (pl, ) (Entered: 01/24/2008) |

1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   | A Limited Liability Partnership
2 | Including Professional Corporations
   | MICHAEL H. AHRENS, Cal. Bar No. 44766
3 | ORI KATZ, Cal. Bar No. 209561
   | MICHAEL M. LAUTER Cal. Bar No. 246048
4 | TIMOTHY C. PERRY, Cal. Bar No. 248543
   | Four Embarcadero Center, 17th Floor
5 | San Francisco, California 94111-4106
   | Telephone: 415-434-9100
6 | Facsimile: 415-434-3947

**RECEIVED**
Harold S. Marenus, Clerk
U. S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

JAN 2 8 2008

FILED_____
DOCKETED_____
          DATE        INITIAL

7 | Attorneys for ARRIVA PHARMACEUTICALS, INC.

8 |

9 | UNITED STATES BANKRUPTCY COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

BAP#: NC-08-1023

| | |
|---|---|
| In re | Case No. 07-42767 |
| ARRIVA PHARMACEUTICALS, INC., a California corporation, | Chapter 11 |
| Debtor. | |
| Tax ID: 94-3287067 | |
| ALPHAMED PHARMACEUTICALS CORP., | Adv. Pro. No. 07-4181 |
| Plaintiff-Appellant, | BAP No. __-____ |
| vs. | **STATEMENT OF ELECTION TO TRANSFER APPEAL OF ALPHAMED PHARMACEUTICALS CORP. TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA** |
| ARRIVA PHARMACEUTICALS, INC., a California corporation, | |
| Defendant-Appellee. | |

**STATEMENT OF ELECTION**

The Debtor, Arriva Pharmaceuticals, Inc., hereby elects, pursuant to 28 U.S.C. §

158(c)(1)(B) and Bankruptcy Rule 8001(e)-1, to transfer to the United States District Court

for the Northern District of California the appeal for which AlphaMed Pharmaceuticals

Corp. filed a notice of appeal on January 23, 2008.

-1-

1    Out of an abundance of caution, we briefly address two collateral matters in this
2  Statement of Election:

3    1.    The authorities do not clearly disclose the court in which an appellee must
4  file the Statement of Election. According to the Amended Order Continuing the
5  Bankruptcy Appellate Panel of the Ninth Circuit, an appellee must "file with the clerk of
6  the bankruptcy appellate panels a written statement of election." Amended Order, § 3(b).
7  However, the relevant statute, 28 U.S.C. § 158(c)(1)(B), and Bankruptcy Rule 8001(e)-1,
8  are silent on the matter. Moreover, Judge Klein has stated, in the context of appell*ant*'s
9  election, the "docket maintained by the bankruptcy court clerk is the designated
10  clearinghouse for the crucial information." *In re Mackey*, 232 B.R. 784, 788 (9th Cir. BAP
11  1999). As a result, for the convenience of all parties and both courts, we simultaneously
12  file this Statement of Election with both the United States Bankruptcy Court for the
13  Northern District of California and the Ninth Circuit Bankruptcy Appellate Panel.

14    2.    Because District Judge Illston recently presided over a "related action" as
15  defined by United States Northern District Local Rule 3-12(a), Arriva apprises this Court
16  that Arriva intends to file in that Court an Administrative Motion to Consider Whether
17  Cases Should Be Related under Northern District Local Rule 3-12(b). We attach a copy of
18  this motion as Exhibit A.

19

20  DATED: January 24, 2008

21          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

22

23          By          /s/ Timothy C. Perry
24                       TIMOTHY C. PERRY

25                       Attorneys for Debtor

26

27

28

-2-

# EXHIBIT A

1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
2 | Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
3 | ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER Cal. Bar No. 246048
4 | TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
5 | San Francisco, California 94111-4106
Telephone:   415-434-9100
6 | Facsimile:   415-434-3947

7 | Attorneys for ARRIVA PHARMACEUTICALS, INC.

8 |                     UNITED STATES DISTRICT COURT

9 |                     NORTHERN DISTRICT OF CALIFORNIA

10 |           On Appeal from the United States Bankruptcy Court
11 |                  for the Northern District of California
                         Hon. Edward D. Jellen
12 |

| 13 | In re | No. _____ |
|---|---|---|
| 14 | ARRIVA PHARMACEUTICALS, INC., a California corporation, | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| 15 | | |
| | Debtor-Appellee. | |
| 16 | | [Civ. L.R. 3-12] |
| 17 | Tax ID: 94-3287067 | Action filed: January ___, 2008 |

18 |

19 |                     **I. NOTICE OF MOTION & MOTION**

20 |     Please take notice that pursuant to Civil Local Rule 3-12, defendant-appellee Arriva

21 | Pharmaceuticals, Inc. ("Arriva") hereby submits the following Administrative Motion to

22 | Consider Whether Cases Should Be Related (the "Motion").  In support of the Motion,

23 | Arriva files a Declaration of Michael H. Ahrens (the "Ahrens Declaration") and a proposed

24 | order.

25 |     Arriva asks that the above-captioned appeal be deemed "related" to three similar

26 | recently-filed bankruptcy appeals, currently docketed in this court at nos. __-____, __-

27 | ____ and __-____, as well as to another case previously docketed before District Judge

28 | Illston.  Accordingly, we request that all four appeals be assigned to District Judge Illston.

-1-

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES ARE RELATED.

Case: 07-04181    Doc #: ~~EXHIBIT A~~ 01/24/2008    Page 2 of 6

1 **II. DESCRIPTION OF RELATED CASES**

2       On May 10, 1999, Arriva (then doing business primarily as AlphaOne

3 Pharmaceuticals, Inc.) filed a complaint for damages and declaratory relief in this Court,

4 Case No. 99-cv-02169 (the "Arriva Declaratory Relief Case"). District Judge Illston

5 presided over that case, entering the most recent substantive order on July 17, 2006,

6 dismissing Arriva's claims and defendants' counterclaims. (Ex A to the Ahrens

7 Declaration.) That case concluded recently, on December 18, 2006. (Ex B to the Ahrens

8 Declaration, 1.)

9       On September 17, 2007, Arriva filed for Chapter 11 bankruptcy in the Bankruptcy

10 Court in a case docketed as no. 07-42767. On December 27, 2007, the Bankruptcy Court

11 entered final orders separately disallowing the claims of Sonoran Desert Chemicals LLC

12 ("Sonoran"), AlphaMed Pharmaceuticals Corp. ("AlphaMed") and Protease Sciences, Inc.

13 ("PSI"). On January 4, 2008, Sonoran, AlphaMed and PSI separately appealed those final

14 orders to the Ninth Circuit Bankruptcy Appellate Panel (the "BAP"), which docketed the

15 cases at 08-1009 through 08-1010. Arriva then filed three separate Statements of Election,

16 corresponding to the three separate notices of appeal. Accordingly, the BAP transferred

17 the three cases (together, the "Bankruptcy Appeals") to this Court.

18       On October 30, 2007, AlphaMed filed an adversary action against Arriva. On

19 January 14, 2008, the Bankruptcy Court entered an order dismissing AlphaMed's

20 complaint with prejudice. On January 23, 2008, AlphaMed appealed that order to the

21 BAP, which docketed the case at __-____. Arriva then filed a Statement of Election.

22 Accordingly, the BAP transferred that case (the "Adversary Appeal") to this Court.

23 **III. DISCUSSION**

24       The Bankruptcy Appeals, the Adversary Appeal and the Arriva Declaratory Relief

25 Case are "related cases" according to the criteria set forth in Civil Local Rule 3-12(a).

26       First, these cases involve the same parties. Arriva, plaintiff in the Arriva

27 Declaratory Relief Case, is debtor-appellee in the Bankruptcy Appeals and defendant-

28 appellee in the Adversary Appeal. By comparison, both Sonoran and PSI were defendants

-2-

1  in the Arriva Declaratory Relief Case, are claimants-appellants in the Bankruptcy Appeals.
2  Claimant-appellant AlphaMed, though technically not a party to the Arriva Declaratory
3  Relief Case, is controlled by the same principals as Sonoran and PSI and asserts interests
4  identical to those of Sonoran and PSI. Moreover, AlphaMed is plaintiff-appellant in the
5  Adversary Appeal.

6          Second, these cases concern the same property. In the Arriva Declaratory Relief
7  Case, Arriva sought to establish its rights to certain intellectual property known as the
8  "Protease/Arriva License" or "Protease License." As District Judge Illston stated in her
9  opinion, "[t]he validity of this Protease/Arriva license is the central disputed issue giving
10  rise to this action." (Ex A to the Ahrens Declaration, 2:16.) By the same token, in the
11  Bankruptcy Appeals, Sonoran, PSI and AlphaMed each challenge the Bankruptcy Court's
12  disposition of the very same property, appealing the disallowance of their claims, based in
13  part on their alleged interests in the Protease/Arriva License. (Ex D to the Ahrens
14  Declaration, 11:1-20). Meanwhile, in the Adversary Appeal, AlphaMed makes an
15  identical challenge to the Bankruptcy Court's disposition of its claim to the Protease
16  License.

17          Third, these cases implicate the same legal issues. In the Arriva Declaratory Relief
18  Case, District Judge Illston dismissed Sonoran and PSI's counterclaims because principles
19  of federalism and comity, as manifest in the *Brillhart* doctrine, *Brillhart v. Excess Ins. Co.*,
20  316 U.S. 491 (1941), prevented her from adjudicating the dispute. (Ex A to the Ahrens
21  Declaration, 7 et seq.) An Arizona Superior Court, Judge Illston noted, already was
22  considering the issues raised in the Arriva Declaratory Relief Case. (Id.) As Judge Illston
23  held, "comity between this Court and the Arizona Superior Court warrants denial of
24  jurisdiction." (Id., 7:27-28.) In addition, Judge Illston noted the Arizona Court had issued
25  injunctions forbidding Sonoran's principals from pursuing in court Sonoran's purported
26  rights to the Protease/Arriva License. (Id., 13:1-5.) In the Bankruptcy Court decisions
27  underlying the Bankruptcy Appeals and the Adversary Appeal, the Bankruptcy Court cited
28  similar reasons in disallowing Sonoran, AlphaMed and PSI's claims against the bankruptcy

-3-

1  estate. The Bankruptcy Court held Sonoran and PSI's principals could not assert their
2  claims to the Protease/Arriva License without violating the Arizona Court's injunctions.
3  (Ex D to the Ahrens Declaration, 11:1-20.) In addition, the Bankruptcy Court relied on
4  principles of federalism and comity in disallowing the claims of AlphaMed and dismissing
5  its adversary complaint. Specifically, the Bankruptcy Court held that the *Rooker-Feldman*
6  doctrine, *Exxon Mobil Corp. v. Saudi Basic Industries Corp.*, 544 U.S. 280 (2005),
7  prohibited it from directly reviewing issues already adjudicated by the Arizona Superior
8  Court. (Ex D to the Ahrens Declaration, 10:3-14 & 11:14-20.)

9      As a result of these similarities, assigning the Bankruptcy Appeals or the Adversary
10  Appeal to a Judge other than District Judge Illston would result in an "unduly burdensome
11  duplication of labor and expense." Civ. L.R. 3-12(a)(2). The Bankruptcy Appeals and the
12  Adversary Appeal are procedurally complex. To date, the parties to the Bankruptcy
13  Appeals and the Adversary Appeal have litigated in the Southern District of Florida,
14  Arizona State Court, Nevada State Court, the Bankruptcy Court for the Northern District
15  of California, as well as this Court—first before Judge Illston, and now with respect to the
16  Bankruptcy Appeals and the Adversary Appeal. Fortunately, however, Judge Illston is
17  already familiar with this history of litigation, having ably outlined its most salient points
18  in her most recent order. (Ex A to the Ahrens Declaration, 1-7.) Moreover, the
19  Bankruptcy Appeals and the Adversary Appeal are factually complex. Sonoran, PSI and
20  AlphaMed exist in relation to a myriad of affiliated entities and their principals.
21  Fortunately again, however, Judge Illston already has become familiar with the
22  relationships among these entities, as demonstrated in her most recent order. (Ex A to the
23  Ahrens Declaration, 1-3.)

24      Further, assigning the Bankruptcy Appeals or the Adversary Appeal to a Judge
25  other than District Judge Illston would risk creating "conflicting results." Civ. L.R. 3-
26  12(a)(2). District Judge Illston already has rendered factual findings and rulings in the
27  Arriva Declaratory Relief Case. Were another Judge to undertake an overlapping analysis
28

-4-

1 | of the Bankruptcy Appeals or the Adversary Appeal, it could result in inconsistent findings
2 | of fact and conclusions of law with respect to the same parties, property and issues.

3 |     As the lengthy docket of the Arriva Declaratory Relief Case reveals, for many years
4 | District Judge Illston maintained an ongoing familiarity with the parties, facts, legal issues
5 | and procedural history implicated by these cases. Indeed, that case concluded only
6 | recently, on December 18, 2006. Accordingly, this Court should deem the Arriva
7 | Declaratory Relief Case, the three Bankruptcy Appeals and the Adversary Appeal "related
8 | cases" for the purposes of Local Civ. Rule 3-12, and assign the Bankruptcy Appeals and
9 | the Adversary Appeal to Judge Illston.

10 |
11 | **IV. CONCLUSION**

12 |     For the foregoing reasons, we request this Court deem the Arriva Declaratory Relief
13 | Case, the Bankruptcy Appeals and the Adversary Appeal "related cases" for the purposes
14 | of Civil Local Rule 3-12, and assign these cases to District Judge Illston.

15 |
16 | DATED: January ___, 2008

17 |     SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

18 |
19 | By     _____
20 |     TIMOTHY C. PERRY

21 |     Attorneys for Debtor

22 |
23 |
24 |
25 |
26 |
27 |
28 |

-5-

W02-WEST:5TIP1\400689038.1      ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES ARE RELATED.

Case: 07-04181    Doc #: 27    Filed: 01/24/2008    Page 6 of 6