IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ARRIVA PHARMACEUTICALS INC., | No. C-08-00825 MHP |
| Plaintiff, | NOTICE OF FILING OF BANKRUPTCY APPEAL AND ORDER SETTING STATUS CONFERENCE |
| v. | |
| RE: ARRIVA PHARMACEUTICALS INC., | |
| Defendant. | |
| _____/ | |

RE:
    Bankruptcy Case:
    Adversary No.:
    BAP No.:

Appellant:

The appeal has been assigned the following case number C-08-00825 MHP before the Honorable Marilyn H. Patel.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 5/12/2008 at    in Ctrm 15, 18th Floor,SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Feb 6, 2008

                              For the Court
                              Richard W. Wieking, Clerk

                              _____
                              By: Deputy Clerk

cc: USBC
    Counsel of Record