SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:    415.954.0200
Facsimile:     415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Plaintiff-Appellant
ALPHAMED PHARMACEUTICALS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARRIVA PHARMACEUTICALS, INC., a California corporation,<br><br>    Debtor.<br><br>Tax ID:  94-3287067 | Case No. 08-00825<br><br>Related Case Nos. 08-00691-SI; 08-00692-SI; 08-00693-SI; 08-01279-SI; 99-02169-SI.<br><br>**E-FILING**<br><br>MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825<br><br>(Fed. R. Bankr. P. 8011) |
| AlphaMed Pharmaceuticals Corp.<br><br>    Plaintiff-Appellant<br><br>    vs.<br><br>Arriva Pharmaceuticals, Inc.<br><br>    Defendant-Appellee | |

Pursuant to Federal Rule of Bankruptcy Procedure 8011, Plaintiff-Appellant AlphaMed Pharmaceuticals Corp. ("AlphaMed") hereby moves for a two-week extension of time, from June 5, 2008 to June 19, 2008, in which to file its opening brief in Case No. 08-00825-SI (the "Adversary Proceeding Appeal").  Granting AlphaMed's request for a short extension of time

will not affect this Court's July 24, 2008 hearing date in these related appeals. Under the proposed revised schedule, Defendant-Appellee Arriva Pharmaceutical Inc.'s Response would be due on July 9, 2008, and AlphaMed's Reply would be due on July 17, 2008.

The opening briefs in Case Nos. 08-00825, 08-00691, 08-00692, and 08-00693 currently are due on June 5, 2008. However, the briefing schedule in the Adversary Proceeding Appeal, Case No. 08-00825, was set just last week, on May 23, 2008. During the proceedings before the Court on that date (in related Case No. 08-01279), counsel for Arriva expressed a desire that the briefing schedule in the Adversary Proceeding Appeal correspond with the already-established briefing schedule for the related appeals in Case Nos. 08-00691, 08-00692, and 08-00693 (the "Proof of Claim Appeals"). Lead counsel for AlphaMed, James McDonald, indicated both that he would be out of the country for an extended time during the beginning of June and thus unable to participate in the briefing of the Adversary Proceeding Appeal, and that another attorney for AlphaMed, Steven Delchin, who was not present during the proceedings, was primarily responsible for drafting the briefs in all of the appeals. Nevertheless, in a shared desire to facilitate prompt review of the parties' appellate arguments, AlphaMed at that time agreed to the briefing schedule proposed by Arriva.

Immediately after the proceedings, Mr. McDonald informed Mr. Delchin of the briefing schedule in the Adversary Proceeding Appeal. Mr. Delchin in turn informed Mr. McDonald (and undersigned counsel for Alphamed) that because no briefing schedule had been previously set in Case No. 08-00825, insufficient progress had been made on AlphaMed's opening brief in the Adversary Proceeding Appeal, which involves different legal issues than the Proof of Claim Appeals and requires the compilation of a different appendix.

Immediately thereafter, counsel for AlphaMed contacted counsel for Arriva to request a 30-day extension of the briefing schedule. *See* Exhibit A to the Declaration of Daniel T. Balmat ("Balmat Decl."), submitted herewith. Counsel for Arriva refused to consent to the requested extension or to any other extension. *Id.* Counsel for Arriva argued that (a) AlphaMed had agreed to the briefing schedule during the May 23, 2008 proceedings, (b) the requested extension was "not fair, as we have opposition and then you have reply and the court needs time to review

1  before the hearing[,]" (c) AlphaMed has other counsel who can work on the opening brief in the
2  Adversary Proceeding Appeal, and (d) AlphaMed already should have been working on the brief
3  in the Adversary Proceeding Appeal prior to the setting of the briefing schedule. *Id.*

4  Arriva's grounds for refusing to agree to any extension are unreasonable. AlphaMed's
5  request for a slight extension of time would be fair to the parties and would still afford the Court
6  sufficient time to review the parties' briefs prior to the July 24 hearing. In the first instance,
7  AlphaMed disputes Arriva's suggestion that a party is expected to essentially finish drafting its
8  opening brief prior to the setting of a briefing schedule (as well as compiling the supporting
9  appendix containing numerous exhibits necessary for the Court's review of the various issues
10 involved). This is particularly true here, where counsel's time has been spent on ancillary
11 briefing between the parties, including briefing before the Eleventh Circuit Court of Appeals and,
12 just recently, briefing before this Court on Arriva's motion to dismiss AlphaMed's appeal as moot
13 in Case No. 08-01279.

14 More significantly, counsel for AlphaMed noted at the May 23 proceedings that other
15 counsel for AlphaMed, not present at the hearing, was leading the briefing efforts on these
16 appeals. Subsequent to the hearing, counsel for AlphaMed learned that additional time was going
17 to be necessary to complete the opening brief and appendix in the Adversary Proceeding Appeal.

18 In addition and as also noted on May 23, lead counsel for AlphaMed will be out of the
19 country for a significant amount of time from the end of May to the beginning of June, and thus
20 will not be available to work on the opening brief in the Adversary Proceeding Appeal.
21 Undersigned counsel for AlphaMed, who Arriva identified as available to work on the opening
22 brief, did not represent AlphaMed during the Arriva bankruptcy and has not been working on the
23 brief in the Adversary Proceeding Appeal; the learning curve will be steep.

24 Finally, the requested extension will not result in any unfairness to Arriva, which will
25 have the same amount of time to prepare it opposition brief as under the current briefing schedule.
26 Indeed, Arriva's workload presumably will be relieved as a result of the staggering of the due
27 dates for the several opposition briefs that would result from AlphaMed's requested modification
28 of the briefing schedule. A staggered briefing schedule also would allow AlphaMed to more

1  effectively prepare reply briefs in the four different appeals, which ultimately will aid the Court in
2  deciding the issues raised.  Otherwise, AlphaMed will be pressed to finish reply briefs in four
3  appeals in just 10 days.
4      In short, thirteen days is insufficient time in which to properly and comprehensively brief
5  the issues of a fourth appeal, which involves different issues than those involved in the Proof of
6  Claim Appeals.  Given the assumed circumstances noted at the May 23 proceedings on which
7  AlphaMed's agreement to the current briefing schedule was premised, and given that these
8  assumptions were inaccurate (as explained above), and given that the requested modification of
9  the briefing schedule in the Adversary Proceeding Appeal will afford Arriva the same amount of
10  time in which to oppose AlphaMed's opening brief, the modest modification requested is
11  reasonable and should be granted.

## **CONCLUSION**

13      For the foregoing reasons, AlphaMed's request for a modification of the briefing schedule
14  in Case No. 08-00825 should be granted, with AlphaMed's opening brief due **June 19, 2008**,
15  Arriva's opposing brief due **July 9, 2008**, and AlphaMed's reply due **July 17, 2008**.

16  Respectfully submitted,

17  Dated: May 27, 2008                                    Squire, Sanders & Dempsey L.L.P.

19  By:_____/S/_____
           Daniel T. Balmat

20  Attorneys AlphaMed Pharmaceuticals Corp.