SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone: 415.954.0200
Facsimile: 415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Plaintiff-Appellant
ALPHAMED PHARMACEUTICALS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARRIVA PHARMACEUTICALS, INC., a California corporation,<br><br>Debtor.<br><br>Tax ID: 94-3287067 | Case No. 08-00825<br><br>Related Case Nos. 08-00691-SI; 08-00692-SI; 08-00693-SI; 08-01279-SI; 99-02169-SI.<br><br>**E-FILING**<br><br>DECLARATION OF DANIEL T. BALMAT IN SUPPORT OF MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825<br><br>(Fed. R. Bankr. P. 8011) |
| AlphaMed Pharmaceuticals Corp.<br><br>     Plaintiff-Appellant<br><br>     vs.<br><br>Arriva Pharmaceuticals, Inc.<br><br>     Defendant-Appellee | |

I, DANIEL T. BALMAT, declare as follows:

1. I am an attorney at law duly licensed to practice by the State of California and am a member in good standing of the bar of this Court. I am an associate with the law firm Squire, Sanders & Dempsey L.L.P. ("SSD"), counsel for creditor AlphaMed Pharmaceuticals Corp. ("AlphaMed"). I have personal knowledge of each and every fact set forth herein and, if called on as a witness, could and would competently testify thereto.

2. This Declaration is submitted in support of AlphaMed's Motion to Modify the Briefing Schedule in the above-captioned appeal.

3. Attached hereto as **Exhibit A** is a true and correct copy of an e-mail string between counsel for AlphaMed and counsel for Defendant-Appellee Arriva Pharmaceuticals, Inc.

Respectfully submitted,

DATED: May 27, 2008

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: /s/ Daniel T. Balmat
Daniel T. Balmat

Attorneys for Plaintiff-Appellant
AlphaMed Pharmaceuticals Corp.

SANFRANCISCO/264649.1
05/27/08

# EXHIBIT A

## Balmat, Daniel T.

| | |
|---|---|
| **From:** | Michael Ahrens [MAhrens@sheppardmullin.com] |
| **Sent:** | Friday, May 23, 2008 1:36 PM |
| **To:** | McDonald, James E. |
| **Cc:** | Sue Preston; Tim Perry; Balmat, Daniel T.; Ori Katz |
| **Subject:** | June 5 Brief Date -- Arriva---your extension request |

I received your phone mail request 10 minutes ago when I returned from lunch. I immediately called you and was told that you had left for the day. I left you a phone message that is similar to this response and confirmed with Joan, your assistant, that you checked your emails on your blackberry.

I cannot agree to your request that you have more time to write the brief on the appeal of the Adversary Proceeding matter. You were on the phone today as counsel for AlphaMed and we discussed timing. Had you wanted a change you should have brought that up at that time. You requested that your firm now have until the end of June to draft the brief on the Adversary Proceeding matter, but were still willing to retain the same date for the hearing--- namely July 23. That is not fair, as we have opposition and then you have reply and the court needs time to review before the hearing. This is an argument you should have raised today, and we cannot stipulate to a change.

Moreover, you have someone in your Ohio office briefing this matter anyway, and the four appeals are related. You have already been working on the other three and you told us you were ready to file the other three on June 5. You say you are not leaving until next Thursday. I would suggest you talk over this weekend to your partners in Ohio who are drafting the briefs. Also, you have your partner Mr. Rovens who appeared in this case and he is in Los Angeles and can work on this. Mr. Balmat is working on these matters in your San Francisco office. You, and your partners in Los Angeles, San Francisco, and Ohio have two more weeks to work on the brief. You have known for four months you were appealing this matter, and had four months to work on your brief. Also, you are appealing a matter that was extensively briefed to the bankruptcy judge and only have to update your briefs there. Therefore, under all these circumstances two more weeks to work on this opening brief is plenty of time.

*Michael H. Ahrens*
**Sheppard, Mullin, Richter & Hampton LLP**
Four Embarcadero Center 1700
San Francisco, CA 94111
Tel: (415) 774-3243
Cell: (415) 269-3243
Fax: (415) 434-3947
Email: mahrens@sheppardmullin.com
www.Sheppardmullin.com

Circular 230 Notice: In accordance with Treasury Regulations we notify you that any tax advice given herein (or in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein (or in any attachments).

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.