SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:     415.954.0200
Facsimile:      415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Plaintiff-Appellant
ALPHAMED PHARMACEUTICALS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 08-00825 |
| ARRIVA PHARMACEUTICALS, INC., a California corporation, | Related Case Nos. 08-00691-SI; 08-00692-SI; 08-00693-SI; 08-01279-SI; 99-02169-SI. |
| Debtor. | **E-FILING** |
| Tax ID: 94-3287067 | |
| | **CERTIFICATE OF SERVICE** |
| AlphaMed Pharmaceuticals Corp.<br><br>　　　Plaintiff-Appellant<br><br>　　　vs.<br><br>Arriva Pharmaceuticals, Inc.<br><br>　　　Defendant-Appellee | |

# CERTIFICATE OF SERVICE

(Pursuant to Federal Law)

The undersigned certifies and declares as follows:

I am a resident of the State of California and over 18 years of age and am not a party to this action. My business address is One Maritime Plaza, Suite 300, San Francisco, California, 94111, which is located in the country where any non-personal service described below took place.

On May 27, 2008, a copy of the following document(s):

**MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825; and**

**DECLARATION OF DANIEL T. BALMAT IN SUPPORT OF MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825**

was served on:

**SEE ATTACHED SERVICE LIST**

Service was accomplished as follows:

[X]    **By U.S. Mail**. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal collection date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 27, 2008, at San Francisco, California.

By:    */s/ Regina Arroyo*
           Regina Arroyo

USDC Appeals Case No. 08-00825        -1-        CERTIFICATE OF SERVICE

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

1 **SERVICE LIST**

3  Michael H. Ahrens — *Attorneys for Appellee*
   Ori Katz — *Arriva Pharmaceuticals Inc.*
   Michael Magayne Lauter
   Timothy Charles Perry
   Sheppard Mullin Richter & Hampton LLP
   Four Embarcadero Center, 17th Floor
   San Francisco, CA  94111-4106
   Telephone:     (415) 434-9100
   Facsimile:     (415) 434-3947

*Official Committee of Creditors Holding Unsecured Claims*

**c/o Michael D. Cooper**
**Tracy Green**
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607
Telephone:     (510) 834-6600
Facsimile:     (510) 834-1928

*Official Committee of Creditors Holding Unsecured Claims*

**c/o Tracy Green**
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607
Telephone:     (510) 834-6600
Facsimile:     (510) 834-1928

*Miscellaneous USBC Manager-Oakland*

U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA  94612
Telephone:     (510) 879-3600

*Miscellaneous Bankruptcy Judge*

**Edward D. Jellen**
U.S. Bankruptcy Court
1300 Clay Street, Third Floor
Oakland, CA  94612
Telephone:     (510) 879-3600