SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MICHAEL H. AHRENS, Cal. Bar No. 44766
ORI KATZ, Cal. Bar No. 209561
MICHAEL M. LAUTER Cal. Bar No. 246048
TIMOTHY C. PERRY, Cal. Bar No. 248543
Four Embarcadero Center, 17th Floor
San Francisco, California  94111-4106
Telephone:   415-434-9100
Facsimile:    415-434-3947

Attorneys for Defendant-Appellee ARRIVA PHARMACEUTICALS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARRIVA PHARMACEUTICALS, INC., a California corporation,<br><br>        Debtor.<br><br>Tax ID: 94-3287067 | |
| ALPHAMED PHARMACEUTICALS CORP.,<br><br>        Plaintiff-Appellant,<br><br>vs.<br><br>ARRIVA PHARMACEUTICALS, INC., a California corporation,<br><br>        Defendant-Appellee. | Case No. 08-00825-SI<br><br>Related Case Nos. 08-00691-SI; 08-00692-SI; 08-00693-SI; 08-01279-SI; 99-02169-SI<br><br>**E-FILING**<br><br>**OPPOSITION TO MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825-SI** |

     Defendant-Appellee Arriva Pharmaceuticals, Inc. ("Arriva") hereby opposes the

Motion to Modify Briefing Schedule in Case No. 08-00825 (the "Motion") filed by

AlphaMed Pharmaceuticals Corp. ("Alphamed").  In the alternative, if this Court is

1  inclined to grant any extension, Arriva asks this Court to (a) retain the same hearing date
2  and (b) schedule the date for the filing of appellee's brief as set forth below.

4  On May 23, 2008, this Court requested counsel for Arriva and AlphaMed to fix a
5  briefing schedule for four related appeals.  In open court, AlphaMed and Arriva agreed to
6  such a fixed briefing schedule.  Approximately two hours later, counsel to AlphaMed
7  requested, by voicemail, that Arriva stipulate to an extension "until the end of June" of its
8  deadline to file the opening brief in the above-captioned case.  (See Exhibit A to the
9  Declaration of Daniel T. Balmat in Support of Motion to Modify Briefing Schedule in
10 Case No. 08-00825.)  In response to this request, Arriva noted that proposed schedule
11 would provide insufficient time to file an opposition and reply, and would reduce the time
12 in which this Court could review the briefs before the hearing.
13 On May 27, 2008, AlphaMed filed the Motion.  In the Motion, AlphaMed changes
14 its request slightly, asking to file the opening brief on June 19, 2008, with Arriva's
15 appellee's brief due July 9 and the reply due July 17.  At the same time, AlphaMed submits
16 this Court should retain the single hearing date of July 24, 2008.

18 This Court should deny the Motion for four reasons:
19 (1) The instant appeal will not require as much time or effort as AlphaMed implies.
20 AlphaMed appeals from the dismissal of their complaint under Fed R. Civ. P. 12(b)(6).
21 Accordingly, the appeal concerns a very limited number of purely legal issues.  Aside from
22 a discussion of this Court's standard of review, AlphaMed perforce already has briefed for
23 the Bankruptcy Court the issues it raises in its appeal.
24 (2) The attorneys for AlphaMed are prepared to timely file opening briefs for the
25 three Claims Disallowance Appeals.  AlphaMed has informed this Court that the three
26 Claims Disallowance Appeals present largely the same legal issues as are presented in the
27 above-captioned appeal.  Accordingly, if counsel to AlphaMed is prepared to file opening

1  briefs in the three Claims Disallowance Appeals, it should be equally prepared to file an
2  opening brief in the above-captioned appeal.
3      (3) AlphaMed has had more than enough time to prepare its appeal.  Bankruptcy
4  Judge Jellen dismissed AlphaMed's complaint on December 13, 2008.  AlphaMed thus has
5  had five months to translate its briefs to the Bankruptcy Court into appellate briefs.
6      (4) AlphaMed's proposed extension of time will make the briefing schedule
7  cumbersome for all parties and this Court.  Arriva should not be required to file
8  oppositions to these four appeals at different times.
9
10     For these reasons, Arriva requests that this Court deny the Motion.  However, if this
11 Court is inclined to grant any extension, Arriva requests this Court (a) retain the same
12 hearing date of July 24, 2008 at 3:30 p.m. and (b) permit Arriva file its opposition to all
13 four appeals on the same, later, extended date for filing the opposition.
14
15 DATED:  May 28, 2008

16                                            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

18                         By              /s/ Timothy C. Perry
19                                    TIMOTHY C. PERRY

20                                         Attorneys for
21                             ARRIVA PHARMACEUTICALS, INC.

22
23
24
25
26
27
28