SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:    415.954.0200
Facsimile:    415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Plaintiff-Appellant
ALPHAMED PHARMACEUTICALS CORP.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 08-00825 |
| ARRIVA PHARMACEUTICALS, INC., a California corporation, | Related Case Nos. 08-00691-SI; 08-00692-SI; 08-00693-SI; 08-01279-SI; 99-02169-SI. |
| Debtor. | **E-FILING** |
| Tax ID:  94-3287067 | [PROPOSED] ORDER GRANTING PLAINTIFF-APPELLANT ALPHAMED PHARMACEUTICALS CORP.'S MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825 |
| | (Fed. R. Bankr. P. 8011) |
| AlphaMed Pharmaceuticals Corp. | |
| Plaintiff-Appellant | |
| vs. | |
| Arriva Pharmaceuticals, Inc. | |
| Defendant-Appellee | |

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

[PROPOSED] ORDER GRANTING PLAINTIFF-APPELLANT ALPHAMED PHARMACEUTICALS CORP.'S MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825

1    Plaintiff-Appellant AlphaMed Pharmaceuticals Corp. ("AlphaMed") has moved this Court for a two-week extension of time, from June 5, 2008 to June 19, 2008, in which to file its opening brief in Case No. 08-00825-SI (the "Adversary Proceeding Appeal").

Having considered the papers submitted by the parties, the Court hereby **GRANTS** AlphaMed's Motion to Modify Briefing Schedule in Case No. 08-00825 as follows:

1. Plaintiff-Appellant AlphaMed's opening brief is now due on **June 19, 2008**;
2. Defendant-Appellee Arriva Pharmaceutical Inc.'s opposing brief is now due on **July 9, 2008**; and
3. Plaintiff-Appellant AlphaMed's reply is now due on **July 17, 2008**.

The briefing schedule in the related cases remains the same.

**IT IS SO ORDERED.**

DATED:_____

HON. SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF-APPELLANT ALPHAMED PHARMACEUTICALS CORP.'S MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825

SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:   415.954.0200
Facsimile:    415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Plaintiff-Appellant
ALPHAMED PHARMACEUTICALS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 08-00825 |
| ARRIVA PHARMACEUTICALS, INC., a California corporation, | Related Case Nos. 08-00691-SI; 08-00692-SI; 08-00693-SI; 08-01279-SI; 99-02169-SI. |
| Debtor. | **E-FILING** |
| Tax ID: 94-3287067 | **CERTIFICATE OF SERVICE** |
| AlphaMed Pharmaceuticals Corp.<br><br>    Plaintiff-Appellant<br><br>    vs.<br><br>Arriva Pharmaceuticals, Inc.<br><br>    Defendant-Appellee | |

# CERTIFICATE OF SERVICE
(Pursuant to Federal Law)

I, REGINA ARROYO, am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California 94111-3492.

On May 29, 2008, I served the following document described as:

**[PROPOSED] ORDER GRANTING PLAINTIFF-APPELLANT ALPHAMED PHARMACEUTICALS CORP.'S MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825**

was served on the party(ies) as set forth below:

**SEE ATTACHED SERVICE LIST**

Service was accomplished as follows:

☒ Via United States District Court Electronic Filing Service on the party(ies) as set forth on the attached service list.

**AND/OR**

☒ By U.S. Mail. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice the mail would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal collection date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on May 29, 2008, at San Francisco, California.

By: */s/ Regina Arroyo*
Regina Arroyo

# SERVICE LIST

**BY ELECTRONIC MAIL**
**TO E-FILING PARTIES:**

Michael H. Ahrens*Attorneys for Appellee*
Ori Katz*Arriva Pharmaceuticals Inc.*
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Telephone:(415) 434-9100
Facsimile:(415) 434-3947


**BY U.S. MAIL**
**TO NON-E-FILING PARTIES:**

Michael Magayne Lauter*Attorneys for Appellee*
Timothy Charles Perry*Arriva Pharmaceuticals Inc.*
Sheppard Mullin Richter & Hampton LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106
Telephone:(415) 434-9100
Facsimile:(415) 434-3947


*Miscellaneous Bankruptcy Judge**Miscellaneous USBC Manager-Oakland*

**Edward D. Jellen**U.S. Bankruptcy Court
U.S. Bankruptcy Court1300 Clay Street, Third Floor
1300 Clay Street, Third FloorOakland, CA  94612
Oakland, CA  94612Telephone:(510) 879-3600
Telephone:(510) 879-3600


*Official Committee of Creditors Holding Unsecured Claims*

**c/o Michael D. Cooper**
**c/o Tracy Green**
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA  94607
Telephone:(510) 834-6600
Facsimile:(510) 834-1928