SQUIRE, SANDERS & DEMPSEY L.L.P.
James E. McDonald (admitted *pro hac vice*)
Douglas J. Rovens (CA Bar No. 106562)
Daniel T. Balmat (CA Bar No. 230504)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone:   415.954.0200
Facsimile:    415.393.9887
jmcdonald@ssd.com
drovens@ssd.com
dbalmat@ssd.com

Attorneys for Plaintiff-Appellant
ALPHAMED PHARMACEUTICALS CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARRIVA PHARMACEUTICALS, INC., a California corporation,<br><br>                 Debtor.<br><br>Tax ID: 94-3287067 | Case No. 08-00825<br><br>Related Case Nos. 08-00691-SI; 08-00692-SI; 08-00693-SI; 08-01279-SI; 99-02169-SI.<br><br>**E-FILING**<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF-APPELLANT ALPHAMED PHARMACEUTICALS CORP.'S MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825<br><br>(Fed. R. Bankr. P. 8011) |
| AlphaMed Pharmaceuticals Corp.<br><br>         Plaintiff-Appellant<br><br>         vs.<br><br>Arriva Pharmaceuticals, Inc.<br><br>         Defendant-Appellee | |

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

[PROPOSED] ORDER GRANTING PLAINTIFF-APPELLANT ALPHAMED PHARMACEUTICALS CORP.'S MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825

Plaintiff-Appellant AlphaMed Pharmaceuticals Corp. ("AlphaMed") has moved this Court for a two-week extension of time, from June 5, 2008 to June 19, 2008, in which to file its opening brief in Case No. 08-00825-SI (the "Adversary Proceeding Appeal").

Having considered the papers submitted by the parties, the Court hereby **GRANTS** AlphaMed's Motion to Modify Briefing Schedule in Case No. 08-00825 as follows:

1. Plaintiff-Appellant AlphaMed's opening brief is now due on **June 19, 2008**;
2. Defendant-Appellee Arriva Pharmaceutical Inc.'s opposing brief is now due on **July 9, 2008**; and
3. Plaintiff-Appellant AlphaMed's reply is now due on **July 17, 2008**.

The briefing schedule in the related cases remains the same.

**IT IS SO ORDERED.**

DATED: _5/28/08_



DENIED
Judge Susan Illston

-1-

[PROPOSED] ORDER GRANTING PLAINTIFF-APPELLANT ALPHAMED PHARMACEUTICALS CORP.'S MOTION TO MODIFY BRIEFING SCHEDULE IN CASE NO. 08-00825

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492