1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER, Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10         On Appeal from the United States Bankruptcy Court
                   for the Northern District of California
11                        Hon. Edward D. Jellen

| | |
|---|---|
| In re<br>ARRIVA PHARMACEUTICALS, INC., a California Corporation,<br>    Reorganized Debtor-Appellee. | No. 08-0691-SI<br><br>(Appeal from Chapter 11 Bankruptcy Case No. 07-42767) |
| PROTEASE SCIENCES, INC.,<br>    Claimant-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>    Debtor-Appellee,<br><br>SONORAN DESERT CHEMICALS, LLC,<br>    Claimant-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>    Debtor-Appellee. | CASE NOS. 08-0692-SI and 08-0693-SI<br><br>(Appeals from Chapter 11 Bankruptcy Case No. 07-42767) |
| ALPHAMED PHARMACEUTICALS CORP.,<br>    Plaintiff-Appellant,<br>v.<br>ARRIVA PHARMACEUTICALS, INC.,<br>    Defendant-Appellee. | No. 08-00825-SI<br><br>(Appeal from Adversary Proceeding No. 07-4181 in Chapter 11 Bankruptcy Case No. 07-42767)<br><br>**NOTIFICATION OF MANUAL FILING OF COMBINED SPECIAL APPENDIX FOR CASE NOS. 08-0691, 08-0692, 08-0693 AND 08-0825** |

-1-

1  Please take notice that Debtor-Defendant-Appellee Arriva Pharmaceuticals, Inc. has
2  manually filed the following document:
3  **COMBINED SPECIAL APPENDIX FOR CASE NOS.
   08-0691, 08-0692, 08-0693 AND 08-0825**
4
5  This document was not filed electronically because the file size of the document
6  exceeds that which the e-filing system allows.
7  This document has been manually served on all parties.
8
9  DATED: June 25, 2008
10                                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
11
12                    By         /s/ Timothy C. Perry
                                  TIMOTHY C. PERRY
13
14                                    Attorneys for
                                  ARRIVA PHARMACEUTICALS, INC.
15