1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MICHAEL H. AHRENS, Cal. Bar No. 44766
3  ORI KATZ, Cal. Bar No. 209561
   MICHAEL M. LAUTER, Cal. Bar No. 246048
4  TIMOTHY C. PERRY, Cal. Bar No. 248543
   Four Embarcadero Center, 17th Floor
5  San Francisco, California  94111-4106
   Telephone:    415-434-9100
6  Facsimile:    415-434-3947

7  Attorneys for ARRIVA PHARMACEUTICALS, INC.

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10       On Appeal from the United States Bankruptcy Court
            for the Northern District of California
11                 Hon. Edward D. Jellen

| | |
|---|---|
| 12   ALPHAMED PHARMACEUTICALS CORP., | No. 08-00825-SI |
| 13             Plaintiff-Appellant, | **CERTIFICATE OF SERVICE** |
| 14   v. | |
| 15   ARRIVA PHARMACEUTICALS, INC., | |
| 16             Defendant-Appellee. | |

1  I am employed in the County of San Francisco; I am over the age of 18 years and not a party to the within entitled action; my business address is Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4106.

On May 9, 2008, I served the following documents described as:

**APPELLEE'S BRIEF [ADVERSARY PROCEEDING APPEAL]**

**COMBINED SPECIAL APPENDIX FOR CASE NOS. 08-0691, 08-0692, 08-0693 AND 08-0825**

on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☐ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

☒ **BY OVERNIGHT DELIVERY EXCEPT AS OTHERWISE STATED:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2008 at San Francisco, California.

/s/ James Livingston
James Livingston

W02-WEST:FJV\400913474.1                                        CERTIFICATE OF SERVICE

**SERVICE LIST - OVERNIGHT**

**AlphaMed Pharmaceuticals Corp.**
*Added: 02/06/2008*
*(Appellant)* represented by **Daniel T. Balmat**
Squire, Sanders & Dempsey, LLP
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492
415-954-0383
415-393-9887 (fax)
dbalmat@ssd.com

**M. Sue Preston**
1010 Atlantic Ave.
Alameda, CA  94501
*Added: 01/30/2008*
*(Miscellaneous)*

W02-WEST:5TIP1\400889439.1