ORIGINAL

Squire, Sanders & Dempsey L.L.P.
Douglas J. Rovens (State Bar # 106582)
drovens@ssd.com
Daniel T. Balmat (State Bar # 230504)
dbalmat@ssd.com
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone:  +1.415.954.0383
Facsimile:  +1.415.393.9887

Gunster, Yoakley & Stewart, P.A.
James E. McDonald (admitted *Pro Hac Vice*)
jmcdonald@gunster.com
One Biscayne Tower, Suite 3400
2 South Biscayne Boulevard
Miami, FL  33131
Telephone:  305-376-6000
Facsimile:  305-376-6010

Attorneys for
ALPHAMED PHARMACEUTICALS CORP.

FILED

08 AUG 19 PM 2:26

U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARRIVA PHARMACEUTICALS, INC., a California corporation,<br><br>Debtor.<br><br>AlphaMed Pharmaceuticals Corp.,<br><br>Plaintiff-Appellant,<br><br>vs.<br><br>Arriva Pharmaceuticals, Inc.,<br><br>Defendant-Appellee. | Case No. 08-0825 (SI)<br><br>**REPRESENTATION STATEMENT**<br><br>The Honorable Susan Illston |

# REPRESENTATION STATEMENT

The undersigned represents ALPHAMED PHARMACEUTICALS CORP., Plaintiff-Appellant in this matter, and no other party. Below is a list showing all of the parties to the action being appealed, including their counsel by name, firm, address, and telephone number:

| **Appellant** | **Appellee** |
|---|---|
| AlphaMed Pharmaceuticals Corp. | Arriva Pharmaceuticals, Inc. |
| Represented by: | Represented by: |
| Douglas J. Rovens<br>*drovens@ssd.com*<br>Daniel T. Balmat<br>*dbalmat@ssd.com*<br>Squire, Sanders & Dempsey, LLP<br>One Maritime Plaza, Suite 300<br>San Francisco, CA 94111-3492<br>Tel: 415-954-0383<br>Fax: 415-393-9887 | Michael H. Ahrens<br>Michael Magayne Lauter<br>Ori Katz<br>Timothy Charles Perry<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br>Tel: 415-434-9100<br>Fax: 415-434-3947 |
| James E. McDonald<br>*jmcdonald@gunster.com*<br>Gunster, Yoakley & Stewart, P.A.<br>One Biscayne Tower, Suite 3400<br>2 South Biscayne Boulevard<br>Miami, FL 33131<br>Tel: 305-376-6000<br>Fax: 305-376-6010 | |

Dated: August 19, 2008

Respectfully submitted,

By: _____
Daniel T. Balmat

Attorneys for Plaintiff-Appellant
ALPHAMED PHARMACEUTICALS CORP.