Squire, Sanders & Dempsey L.L.P.
Douglas J. Rovens (State Bar # 106582)
*drovens@ssd.com*
Daniel T. Balmat (State Bar # 230504)
*dbalmat@ssd.com*
One Maritime Plaza, Suite 300
San Francisco, CA 94111
Telephone: +1.415.954.0383
Facsimile: +1.415.393.9887

Gunster, Yoakley & Stewart, P.A.
James E. McDonald (admitted *Pro Hac Vice*)
*jmcdonald@gunster.com*
One Biscayne Tower, Suite 3400
2 South Biscayne Boulevard
Miami, FL 33131
Telephone: 305-376-6000
Facsimile: 305-376-6010

Attorneys for
ALPHAMED PHARMACEUTICALS CORP.

FILED

08 AUG 19 PM 2:27

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ARRIVA PHARMACEUTICALS, INC., a California corporation,<br><br>Debtor.<br><br>AlphaMed Pharmaceuticals Corp.,<br><br>Plaintiff-Appellant,<br><br>vs.<br><br>Arriva Pharmaceuticals, Inc.,<br><br>Defendant-Appellee. | Case No. 08-0825 (SI)<br><br>**CERTIFICATE OF SERVICE**<br><br>The Honorable Susan Illston |

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Maritime Plaza, Suite 300, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On August 19, 2008, I placed with this firm at the above address for deposit with the United States Postal Service true and correct copies of the within document(s):

- **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

- **REPRESENTATION STATEMENT**

- **CIVIL APPEALS DOCKETING STATEMENT - UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

in a sealed envelope, postage fully paid, addressed as follows:

### SEE ATTACHED SERVICE LIST

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 19, 2008, at San Francisco, California.

_____
Regina Arroyo

---

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Ste. 300
San Francisco, CA 94111

USDC Case No. 08-0825 SI          -1-          CERTIFICATE OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Michael H. Ahrens<br>Ori Katz<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111-4106<br>Telephone:      (415) 434-9100<br>Facsimile:       (415) 434-3947 | *Attorneys for Appellee*<br>*Arriva Pharmaceuticals Inc.* |
| Michael Magayne Lauter<br>Timothy Charles Perry<br>Sheppard Mullin Richter & Hampton LLP<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111-4106<br>Telephone:      (415) 434-9100<br>Facsimile:       (415) 434-3947 | *Attorneys for Appellee*<br>*Arriva Pharmaceuticals Inc.* |
| *Miscellaneous Bankruptcy Judge*<br>**Chief Judge Edward D. Jellen**<br>U.S. Bankruptcy Court<br>Northern District of California<br>1300 Clay Street<br>P.O. Box 2070<br>Oakland, CA  94612<br>Telephone:      (510) 879-3525 | *Miscellaneous USBC Manager-Oakland*<br>U.S. Bankruptcy Court<br>1300 Clay Street, Suite 300<br>Oakland, CA  94604<br>Telephone:      (510) 879-3600 |